UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Diane C. Lyon</u>

       v.                        Case No. 10-cv-397-SM

<u>David R. Fleming, et al.</u>

### O R D E R

Plaintiff has not filed any returns of service or a motion to extend time to effect service in the above-captioned matter. Plaintiff's complaint is hereby dismissed without prejudice for failure to comply with the Court's Order entered December 13, 2010.

SO ORDERED.

January 19, 2011

                                                            Steven J. McAuliffe
                                                            Chief Judge

cc:    Diane C. Lyon, pro se